Monday,
May 31.

CRAYCRAFT and Others *v.* PORTER.

APPEAL from the *Madison* Court of Common Pleas. *Per Curiam.*—Suit upon a note. Judgment by default. Appeal. We see no error in the case.

The judgment is affirmed with 5 per cent. damages and costs.

*J. W. Gordon* and *G. Tanner*, for the appellants.

---

BLISS and Others *v.* BERAN.

Monday,
May 31.

APPEAL from the *Cass* Court of Common Pleas. *Per Curiam.*—The record in this case presents no question to this Court.

The judgment is affirmed with 1 per cent. damages and costs.

*H. P. Biddle* and *L. Chamberlin*, for the appellants.
*D. D. Pratt* and *S. C. Taber*, for the appellee.